## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GEORGE J. HAEDICKE, M.D., P.A,**
**a/3pb/o Anthony J. Reyes,**

     **Plaintiff,**

**v.**                                                                    **Case No.  8:06-cv-1765-T-30MSS**

**AETNA HEALTH, INC.,**

     **Defendant.**
_____/

### ORDER OF DISMISSAL

The Court has been advised via a Joint Notice of Settlement (Dkt. #8) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 12, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1765.dismissal 8.wpd